UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOC., )<br>)<br>Movant, )<br>)<br>v. )<br>)<br>CLOUDFLARE, INC., )<br>)<br>Non-movant. ) | Case: 1:25−mc−00182<br>Assigned To : Unassigned<br>Assign. Date : 12/16/2025<br>Description: Misc. |

**MOTION TO ISSUE SUBPOENA**

Entertainment Software Association ("ESA") respectfully requests that the Clerk issue a subpoena pursuant to 17 U.S.C. § 512(h) requiring Cloudflare, Inc. ("Cloudflare") to provide the identity of the alleged infringers as set forth in the foregoing Exhibit. In support of its motion, ESA states as follows:

1. ESA is a U.S. trade association that represents the interests of the leading publishers of interactive games for video game consoles, personal computers, handheld devices, and the Internet ("ESA Member Companies"). ESA Member Companies own the intellectual property, including copyright, patent, and trademark rights, associated with their entertainment software products. ESA is authorized to represent ESA Member Companies in enforcement actions against third parties that infringe or contribute to the infringement of ESA Member Companies' intellectual property rights.

2. Without ESA's or ESA Member Companies' authorization, websites hosted on Cloudflare's network are offering for download ESA Member Companies' copyrighted materials. Non-limiting examples of the unauthorized copies of ESA Member Companies' copyrighted



RECEIVED
DEC 16 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

games include: Ace Combat 7: Skies Unknown, Assassin's Creed Mirage, Call of Duty Black Ops 6, Final Fantasy VII Remake Intergrade, Ghost of Tsushima Director's Cut, Grand Theft Auto V, Hogwarts Legacy, Metal Gear Solid Delta: Snake Eater, Pokémon Legends Z-A, Resident Evil 4.

3. ESA has notified Cloudflare of the alleged infringement.

4. ESA seeks issuance of a subpoena to obtain the identity of the alleged infringers and protect its intellectual property rights in accordance with 17 U.S.C. § 512.

WHEREFORE, ESA respectfully requests that the Clerk issue a subpoena pursuant to 17 U.S.C. § 512(h) requiring Cloudflare to provide the identity of the alleged infringer as set forth herein and in the foregoing Exhibit.

Dated: December 16, 2025

Respectfully submitted,

*/s/ Keyonn L. Pope*
Keyonn L. Pope
Edgar Matias
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone:   312.471.8700
Facsimile:    312.471.8701
Email: kpope@rshc-law.com
Email: ematias@rshc-law.com

*Counsel for Movant, Entertainment Software Association.*